# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| In re: | Case No. 12-12292 (MFW) |
|---|---|
| Tri-Valley Oil & Gas Co., | Chapter 7 |
| Debtor(s). | |

## NOTICE OF CHANGE FROM NO ASSET TO ASSET AND REQUEST TO THE CLERK TO FIX BAR DATE TO FILE CLAIMS AGAINST THE ESTATE

Charles A. Stanziale, Jr., the Chapter 7 Trustee in the above-captioned matter, after due inquiry, having discovered assets hereby gives Notice that this is an Asset case. The Trustee also requests the Clerk to fix a bar date to file claims against the estate.

Dated: May 24, 2013

By: /s/ *Charles A. Stanziale, Jr.*
Charles A. Stanziale, Jr.
Chapter 7 Trustee
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102
Telephone: (973) 622-4444
Facsimile: (973) 624-7070
cstanziale@mccarter.com

ME1 15710523v.1